**Clifford B. MEE, Plaintiff–Appellant,**

v.

**Samuel HUBBARD, Officer; Clifford Van Housen; Joyce Smith; Board of Education Of Anne Arundel County, a body corporate and politic, Defendants–Appellees,**

and

**MSDM Incorporated, t/a Maryland Championship Wrestling Promotion, Defendant.**

No. 03–1407.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 7, 2003.

Terrell N. Roberts, III, Roberts & Wood, Riverdale, Maryland, for Appellant. Hamilton F. Tyler, Senior Assistant County Attorney, Anne Arundel County Office of Law, Annapolis, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clifford B. Mee appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mee v. Hubbard,* No. CA–02–1750–

MJG (D.Md. Feb. 3, 2003; filed Mar. 25, 2003 & entered Mar. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*